AO 91 (Rev. 5/85) Criminal Complaint

# United States District Court

| SOUTHERN | DISTRICT OF | TEXAS |

UNITED STATES OF AMERICA
V.
RODRIGUEZ-Almeyda, Jose Luis, YOB: 1976 MEX

**CRIMINAL COMPLAINT**

CASE NUMBER: M-18-0547-M

United States District Court
Southern District of Texas
FILED
MAR 15 2018
Clerk of Court

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief.  On or about __03/15/2018__ in __Hidalgo__ county, in the __Southern__ District of __Texas__ defendant(s) did, (Track Statutory Language of Offense)

Knowingly and Intentionally possess with Intent to Distribute 238.72 kilograms or more of Marijuana, a Schedule I Controlled Substance.

Knowingly and Intentionally Conspire to possess with Intent to Distribute 238.72 kilograms or more of Marijuana, a Schedule I Controlled Substance

in violation of Title __21__ United States Code, Section(s) __846, 841 (a) (1)__

I further state that I am a(n) __DEA Task Force Officer__ and that this complaint is based on the following facts:  See Attachment "A".

Continued on the attached sheet and made a part of hereof:    X Yes    No

Signature of Complainant
Gilberto Vazaldua, DEA Task Force Officer

Approved
Sworn to before me and subscribed in my presence,

March 16, 2018
Date

At   McAllen, Texas
     City and State

J. Scott Hacker, U.S. Magistrate Judge
Name & Title of Judicial Officer

Signature of Judicial Officer

# Attachment

On March 15, 2018, at approximately 3:00 p.m., Border Patrol Agent (BPA) Julian Casares was conducting still watch operations when he observed multiple subjects south of the Rio Grande River carrying large bundles. BPA Casares then notified BPA Elde Garcia who had positioned himself near the Pharr, Texas, Port of Entry in his unmarked K9 vehicle. At approximately 3:28 p.m., BPA Garcia observed a black Ford F150 go south along the west side of the Pharr Port of Entry and continue west on the river levee. The truck then drove south of the levee on the main Vela Farm access road and followed the farm road which abuts the refuge along the west side of the Vela Farm fields until he reached the Rio Grande River.

At approximately 3:30 p.m., BPA Casares stated, via handheld radio, that he heard people loading bundles into a vehicle. BPA Mathew Gilmore was operating the RAID tower and stated that the black truck was already northbound towards the levee. BPA Garcia immediately drove south towards the suspect vehicle to intercept it. As the suspect vehicle approached BPA Garcia, it turned around and proceeded southbound towards the Rio Grande River. The suspect truck proceeded south towards the river when BPA Garcia observed the driver suddenly jump from the moving truck while wearing an orange safety vest. BPA Garcia followed the suspect (identified as Jose Luis RODRIGUEZ-Almeyda) and arrested him approximately seventy-five (75) yards west of his vehicle.

The suspect's truck had irrigation pipes on top of a plywood bed cover that concealed multiple bundles and additional bundles in the cab of the truck that field tested positive for marijuana. A total of thirty-six (36) bundles were recovered from the truck weighing approximately 238.72 kilograms. On March 15, 2018, TFO Gilberto Vazaldua and TFO Cosme Muniz responded to the Weslaco Border Patrol Station to interview RODRIGUEZ-Almeyda. RODRIGUEZ-Almeyda was advised of his Miranda Rights and waived those Rights. RODRIGUEZ-Almeyda admitted that he knew he was transporting marijuana and was going to be paid $2,000 USC.